# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Virginia Garces, et al.

Plaintiff,

v.                                      Case No.: 1:15−cv−05900

Honorable Matthew F. Kennelly

Taqueria Los Comales #12, Inc., et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 19, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the parties' stipulation of dismissal, this case is dismissed with prejudice. The 10/22/2015 status hearing is vacated. Civil case terminated. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.